# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY L. GREEN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 11-6043 |

## ORDER

AND NOW, this 19th day of JUNE, 2012, after careful review and independent consideration of Plaintiff's request for review, Defendant's response thereto and review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. The Plaintiff's Request for Review is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.